## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

September 20, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschimdt Federal Bldg.
35 East Mountain, Suite 559
Fayetteville, Arkansas 72701

       RE: **BRITT, Darren**
          **Dkt. No.: 3:03CR30010-001**
          <u>**Violation Report and Request for Modification**</u>

Dear Judge Hendren:

This letter is to advise on the relocation, violations and request for modifications in the supervision of the above offender who was sentenced in the Western District of Arkansas, but has been supervised in the Western District of Missouri, Springfield Division, where he is residing.

The offender was sentenced by Your Honor on November 22, 2004, for *Mail Fraud*. Mr. Britt was sentenced to 27 months custody in the Bureau of Prisons to be followed by 3 years supervised release with the following special conditions: access to financial information, search and seizure, $100 special assessment fee (paid), $3,000 fine and a $19,197 restitution. Supervision commenced on January 9, 2007, in the Western District of Missouri, Springfield Division.

On September 13, 2007, our office received correspondence from U.S. Probation Officer Kimberly Grace requesting Mr. Britt's conditions of supervision be modified so that the offender shall participate in the prerelease component of a community corrections center program (reside at a half-way house), until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days. A copy of the violation report is attached for Your Honor's review. Officer Grace has provided a Waiver of Hearing to Modify Conditions of Supervised Release signed by Mr. Britt. I have provided a Request for Modifying the Conditions or Term of Supervision.

A copy of Mr. Britt's payment record has been attached for Your Honor's review. Our office respectfully concurs with Officer Grace's request based on the apparent agreement by Mr. Britt.

Should Your Honor require further information, please advise.

Respectfully,

Tobey L. Reely
U.S. Probation Officer

Reviewed by

William E. Dunn, Jr.
Supervisory U.S. Probation Officer

Page 2
BRITT, Darren
September 7, 2007

    ✓    ~~Transfer Jurisdiction &~~ Pursue Course of Action

_____ Other _____

_____

_____ 10/3/07
Honorable Jimm Larry Hendren     Date
Chief U.S. District Judge