**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

November 7, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschimdt Federal Bldg.
35 East Mountain, Suite 559
Fayetteville, Arkansas 72701

                        RE:    **BRITT, Darren**
                                 **Dkt. No.: 3:03CR30010-001**
                                 <u>**Violation Report and Request for Modification**</u>

Dear Judge Hendren:

This letter is to advise on the relocation, violations and request for modifications in the supervision of the above offender who was sentenced in the Western District of Arkansas, but has been supervised in the Western District of Missouri, Springfield Division, where he is residing.

The offender was sentenced by Your Honor on November 22, 2004, for *Mail Fraud*. Mr. Britt was sentenced to 27 months custody in the Bureau of Prisons to be followed by 3 years supervised release with the following special conditions: access to financial information, search and seizure, $100 special assessment fee (paid), $3,000 fine and a $19,197 restitution. Supervision commenced on January 9, 2007, in the Western District of Missouri, Springfield Division.

On October 29, 2007, our office received correspondence from U.S. Probation Officer Kimberly Grace requesting Mr. Britt's conditions of supervision be modified to include a special condition that he enter and successfully complete a mental health counseling program. A copy of the violation report is attached for Your Honor's review. Officer Grace has provided a Waiver of Hearing to Modify Conditions of Supervised Release signed by Mr. Britt. I have provided a Request for Modifying the Conditions or Term of Supervision.

Our office respectfully concurs with Officer Grace's request based on the apparent agreement by Mr. Britt.

Should Your Honor require further information, please advise.

Sincerely,

*Tobey L. Reely*
Tobey L. Reely
U.S. Probation Officer

Reviewed By:

*William E. Dunn Jr.*
William E. Dunn Jr.
Supervisory U.S. Probation Officer

                                          ✓ Pursue Course of Action

                                          \_\_\_\_ Other _____

                                 *Jimm Larry Hendren*       11/13/07
                                 Jimm Larry Hendren       Date
                                 Chief U.S. District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 1 3 2007

CHRIS R. JOHNSON, CLERK
BY *Dave Garner*
DEPUTY CLERK
