**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

January 25, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschimdt Federal Bldg.
35 East Mountain, Suite 559
Fayetteville, Arkansas  72701

      RE: **BRITT, Darren**
         **Dkt. No.: 3:03CR30010-001**
         <u>**Violation Report**</u>

Dear Judge Hendren:

This letter is to advise of the violation in the supervision of the above offender who was sentenced in the Western District of Arkansas, but has been supervised in the Western District of Missouri, Springfield Division, where he was residing.

The offender was sentenced by Your Honor on November 22, 2004, for *Mail Fraud*. Mr. Britt was sentenced to 27 months custody in the Bureau of Prisons to be followed by 3 years supervised release with the following special conditions: access to financial information, search and seizure, $100 special assessment fee (paid), $3,000 fine and a $19,197 restitution. Supervision commenced on January 9, 2007, in the Western District of Missouri, Springfield Division.

On January 24, 2008, our office received correspondence from U.S. Probation Officer Kimberly Grace requesting that a warrant be issued and the term of supervised release revoked. A copy of the violation report is attached for Your Honor's review.

Our office respectfully concurs with Officer Grace's request based on the apparent violation committed by Mr. Britt.

Should Your Honor require further information, please advise.

Sincerely,

*[signature]*
Tobey L. Reely
U.S. Probation Officer

Reviewed By:

*[signature]*
William E. Dunn Jr.
Supervisory U.S. Probation Officer

✓ _____ Issue Warrant

_____ Other _____

*[signature]* 1/25/08
Jimm Larry Hendren   Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 2[5] 2008

CHRIS R. JOHNSON, CLERK
BY *[signature]*
DEPUTY CLERK