IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

   **v.**            **Case No. 03-30010-001**

**DARREN BRITT**                                                                        **DEFENDANT**

## O R D E R

Currently before the Court is appointed counsel's **Motion for Court Order for Presentence Report (Doc. 44).** Upon due consideration, the motion is hereby **GRANTED** and the probation office is directed to provide appointed counsel with a copy of defendant's presentence report.

IT IS SO ORDERED this 1st day of February, 2008.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

1